## Jan Newell - Chronological History of Catheter Changes

| Date | Event | Time b/w |
|---|---|---|
| 8/8/2004 | Catheter change - not in properly | |
| 1/22/2005 | Catheter change - Dixon | 5.5 months |
| 1/28/2005 | Catheter change - Dixon | 6 days |
| 2/16/2005 | Cathter change - Dixon - with difficulty | 18 days |
| 3/31/2005 | Catheter change - UIC | 1.5 months |
| 5/7/2005 | Catheter change - KSB | 5 weeks |
| 1/26/2006 | Catheter change - UIC | 8.5 months |
| 6/7/2006 | Catheter change - Dixon | 4.5 months |
| 7/8/2006 | Catheter change - UIC - Dr recommends catheter changes to be done at UIC | 1 month |
| 12/27/2006 | Catheter change - Dixon | 5.5 months |
| 4/28/2007 | Catheter change - Dixon - major problems; took 1.5hrs | 4 months |
| 7/5/2007 | Catheter change - UIC | 2.25 months |
| 7/23/2007 | Catheter change - UIC | 18 days |
| 8/21/2007 | Catheter change - UIC (Dr ordered future catheter changes to be done at UIC) | 1 month |
| 11/6/2007 | Catheter change - UIC | 2.5 months |
| 4/29/2008 | Catheter change - UIC | 5.75 months |
| 7/15/2008 | Catheter change - UIC | 2.5 months |
| 8/26/2008 | Catheter change - KSB | 1.5 months |
| 10/2/2008 | Catheter change - KSB | 1.25 months |
| 10/30/2008 | Catheter change - KSB | 1 month |
| 12/18/2008 | Catheter change - KSB (major difficulties with insertion - 2-3hrs) | 1.5 months |
| 4/9/2009 | Wnt to KSB - Catheter change?? | 3.75 months |

Average time between catheter changes is 80 days (2.66 months)


DEFENDANT'S EXHIBIT 17